

| | | | |
|---|---|---|---|
| Com. v. Andrews . . . . . . . . . . . . . . . . . . . . . | 805 EDA 2015 Affirmed, Vacated and Remanded | 06/03/2016 | CP–51–CR–0013540–2011 (Philadelphia) |
| Smith v. Coleman . . . . . . . . . . . . . . . . . . . | 1080 EDA 2015 Quashed | 06/03/2016 | 13–09259 (Philadelphia) |
| Com. v. Cunningham . . . . . . . . . . . . . . . . | 1780 EDA 2015 Reversed, Vacated and Remanded | 06/03/2016 | CP–51–CR–0203141–2000 (Philadelphia) |
| Com. v. Howard . . . . . . . . . . . . . . . . . . . . | 2087 EDA 2015 Affirmed Application to Withdraw as Counsel Granted | 06/03/2016 | CP–39–CR–0002285–2009 (Lehigh) |
| Com. v. Shaffer . . . . . . . . . . . . . . . . . . . . . | 2682 EDA 2015 Remanded | 06/03/2016 | CP–64–CR–0000042–2006 (Wayne) |
| Pipe v. Shepherd . . . . . . . . . . . . . . . . . . . | 948 MDA 2015 Affirmed and Remanded | 06/03/2016 | 11 MM 000285 (Bradford) |
| Com. v. Angle . . . . . . . . . . . . . . . . . . . . . . | 1281 MDA 2015 Appeal Dismissed | 06/03/2016 | CP–21–CR–0000339–2013 CP–21–CR–0000340–2013 CP–21–CR–0002350–2013 (Cumberland) |
| Com. v. Harshman . . . . . . . . . . . . . . . . . . | 1620 MDA 2015 Affirmed | 06/03/2016 | CP–28–CR–0000851–2000 (Franklin) |
| K.J.R. v. D.J.R. . . . . . . . . . . . . . . . . . . . . | 2050 MDA 2015 Affirmed | 06/03/2016 | 2015–20186 (Lebanon) |
| Com. v. Zoller . . . . . . . . . . . . . . . . . . . . . | 1676 WDA 2014 Reversed and Remanded | 06/03/2016 | CP–02–CR–0004839–1986 (Allegheny) |
| Com. v. Mack . . . . . . . . . . . . . . . . . . . . . . | 1088 WDA 2015 Vacated and Remanded | 06/03/2016 | CP–63–CR–0001722–2004 CP–63–CR–0001723–2004 (Washington) |
| Com. v. Vega . . . . . . . . . . . . . . . . . . . . . . | 1255 WDA 2015 Affirmed | 06/03/2016 | CP–33–CR–0000215–2012 (Jefferson) |
| Com. v. Page . . . . . . . . . . . . . . . . . . . . . . | 1501 WDA 2015 Affirmed Application to Withdraw as Counsel Granted | 06/03/2016 | CP–25–CR–0000116–2015 (Erie) |
| Com. v. Jones . . . . . . . . . . . . . . . . . . . . . . | 1700 WDA 2015 Affirmed | 06/03/2016 | CP–02–CR–0000534–2006 (Allegheny) |